PROB 12C
(6/16)

Report Date: March 30, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 03, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Brian James Lindsey | Case Number: 0980 2:22CR00110-TOR-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓ Spokane Valley, Washington 99216 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: October 20, 2015 | |
| Original Offense: | Interference with Commerce by Robbery, Aid and Abet the Same, 18 U.S.C. §§ 1951 and 2; Robbery Affecting Commerce, 18 U.S.C. § 1951(a) |
| Original Sentence: Prison - 97 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Patrick Cashman | Date Supervision Commenced: January 19, 2022 |
| Defense Attorney: Carter Liam Powers Beggs | Date Supervision Expires: January 18, 2025 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/19/2022 and 12/30/2022.

On January 20, 2022, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Lindsey, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #4**: The defendant shall participate in a program of testing and treatment for drug/alcohol abuse, as directed by the probation officer, until such time as the Defendant is released from the program by the probation officer. Cost of the treatment and testing to be paid by the Defendant and the government in monthly payments as arranged by the probation officer based on the Defendant's ability to pay. |
| | **Supporting Evidence**: On March 27, 2023, Brian Lindsey allegedly violated special condition number 4 by failing to report for phase urinalysis testing when his assigned color was identified for testing. |
| | On the morning of March 27, 2023, this officer attempted to contact the offender regarding his phase urinalysis color assignment; Mr. Lindsey did not return this officer's phone call, but did respond via text message. During our exchange of text messages on that date, this |

officer reiterated that the offender must report for phase urinalysis testing when "Brown 2" is identified. Mr. Lindsey responded that he would report for phase urinalysis later that date as "Brown 2" had been identified for testing that day.

On March 28, 2023, the assigned probation officer received notification from Pioneer Human Services (PHS) that the offender failed to report for phase urinalysis testing on March 27, 2023, when his assigned color was identified for testing.

8 **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: On March 29, 2023, Brian Lindsey allegedly violated standard condition number 3 by failing to report as instructed.

On March 28, 2023, the offender sent this officer a text message stating that he was "checking (himself) into detox and inpatient treatment again." This officer attempted to call Mr. Lindsey approximately 1 minute after receiving his text message to discuss the information he provided, however, he did not answer.

The next morning, on March 29, 2023, the undersigned again attempted to contact the offender, but was unsuccessful. This officer subsequently sent Mr. Lindsey a text message instructing him to contact the undersigned by 12 p.m., and explained that a voice or text message would not suffice.

Shortly before 12 p.m. on March 29, 2023, the offender sent this officer a text message claiming he was "incredibly sick and confined to bed rest" per doctor's orders. When this officer tried calling him, Mr. Lindsey responded claiming he was "unable to speak". According to the offender, he was not able to talk, which was also recommended by his doctor.

This officer asked for photos of his medical paperwork, to confirm the offender's claims and excuse him from reporting, however, Mr. Lindsey has still not provided the requested documentation to the U.S. Probation Office (USPO).

9 **Special Condition #4**: The defendant shall participate in a program of testing and treatment for drug/alcohol abuse, as directed by the probation officer, until such time as the Defendant is released from the program by the probation officer. Cost of the treatment and testing to be paid by the Defendant and the government in monthly payments as arranged by the probation officer based on the Defendant's ability to pay.

**Supporting Evidence**: On March 15, 16 and 17, 2023, Brian Lindsey allegedly violated special condition number 4 by failing to report for random urinalysis testing as required by New Horizons Care Center (NHCC).

On March 30, 2023, this officer received notification from NHCC that Mr. Lindsey failed to report for a urinalysis testing within 24 hours of his initial intake on March 15, 2023, as instructed.

According to the treatment provider, because the offender failed to report for initial urinalysis testing, he was directed to report for random urinalysis testing on March 16, 2023, but failed to report.

The offender was again directed to report for random urinalysis testing on March 17, 2023, by NHCC in order to validate the intake conducted days prior, however, Mr. Lindsey failed to report.

In speaking with the assigned treatment provider, this officer was notified that the offender has not submitted to random urinalysis testing with NHCC since requesting to engage in treatment at their facility after his release from inpatient treatment.

10    **Special Condition #4**: The defendant shall participate in a program of testing and treatment for drug/alcohol abuse, as directed by the probation officer, until such time as the Defendant is released from the program by the probation officer. Cost of the treatment and testing to be paid by the Defendant and the government in monthly payments as arranged by the probation officer based on the Defendant's ability to pay.

**Supporting Evidence**: On March 15, 17, 27, and 29, 2023, Brian Lindsey allegedly violated special condition number 4 by failing to engage in his group and individual substance abuse treatment sessions as required.

On March 30, 2023, the undersigned officer was informed by NHCC that the offender had failed to report for both group and individual treatment sessions on March 15, 17, 27, and 29, 2023.

It should be noted that Mr. Lindsey participated in an intake with NHCC, where he elected to engage in treatment on March 15, 2023; intensive outpatient (IOP) treatment was recommended at a rate of three group sessions per week. Since his intake, just a few weeks ago, the offender has missed more treatment sessions than he has attended.

11    **Special Condition #6**: The defendant shall abstain from the consumption of alcohol and shall not frequent bars or similar establishments where alcohol is the chief item for sale.

**Supporting Evidence**: On or about March 29, 2023, Brian Lindsey allegedly violated special condition number 6 by admitting to abusing alcohol and suboxone.

On March 30, 2023, the undersigned officer spoke with Mr. Lindsey's treatment counselor at NHCC. He informed this officer that the offender sent him an email on March 29, 2023, advising that he has been abusing both alcohol and suboxone.

Because the offender has refused to make himself available to both the USPO and the treatment provider, this officer is unable to say for certain whether alcohol and suboxone are the only substances Mr. Lindsey has been abusing.

12    **Special Condition #4**: The defendant shall participate in a program of testing and treatment for drug/alcohol abuse, as directed by the probation officer, until such time as the Defendant is released from the program by the probation officer. Cost of the treatment and testing to be paid by the Defendant and the government in monthly payments as arranged by the probation officer based on the Defendant's ability to pay.

**Supporting Evidence**: On March 30, 2023, Brian Lindsey allegedly violated special condition number 4 by being unsuccessfully discharged from substance abuse treatment with NHCC.

Prob12C
**Re: Lindsey, Brian James**
**March 30, 2023**
**Page 4**

On March 30, 2023, staff with NHCC informed this officer that since re-engaging in treatment on March 15, 2023, Mr. Lindsey had not submitted to any urinalysis testing, had failed to attend a majority of his treatment sessions, and had admitted to abusing alcohol and suboxone in an email dated March 29, 2023. In that email to the treatment provider, Mr. Lindsey claimed that he was working to get into a detox/inpatient treatment program.

Because the offender had never submitted to an initial urinalysis test after his intake on March 15, 2023, his assessment has now been deemed invalid. Furthermore, because Mr. Lindsey has elected to establish a treatment plan void the input and recommendation of the certified treatment provider, NHCC has decided to unsuccessfully discharge the offender from treatment effective March 30, 2023.

13      **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: On March 30, 2023, Brian Lindsey allegedly violated standard condition number 3 by failing to report as instructed.

On March 29, 2023, after he failed to check-in with this officer as instructed, Mr. Lindsey was instructed to report to the USPO at 8 a.m. on March 30, 2023.

On March 30, 2023, the offender failed to report as instructed. As of the writing of this report, his whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/30/2023

s/Amber M. K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

Prob12C
Re: Lindsey, Brian James
March 30, 2023
Page 5

THE COURT ORDERS

| | |
|---|---|
| [ ] | No Action |
| [X] | The Issuance of a Warrant |
| [ ] | The Issuance of a Summons |
| [X] | The incorporation of the violation(s) contained in this petition with the other violations pending before the Court. |
| [ ] | Defendant to appear before the Judge assigned to the case. |
| [X] | Defendant to appear before the Magistrate Judge. |
| [ ] | Other |

_____
Thomas O. Rice
United States District Judge

_April 3, 2023_____
Date