PROB 12C
(6/16)

Report Date: April 18, 2023

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 20, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Brian James Lindsey | Case Number: 0980 2:22CR00110-TOR-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮ Spokane Valley, Washington 99216 | |

Name of Sentencing Judicial Officer: The Honorable Edward J. Lodge, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 20, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Robbery Affecting Commerce, 18 U.S.C. § 1951(a) | | |
| Original Sentence: | Prison - 97 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Patrick Cashman | Date Supervision Commenced: | January 19, 2022 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: | January 18, 2025 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 12/19/2022, 12/30/2022 and 3/30/2023.

On January 20, 2022, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Lindsey, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 14 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance and shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of five (5) periodic drug tests a month thereafter for the term of supervision as directed by the probation officer. Cost to be paid by both the defendant and the government based upon the defendant's ability to pay. |
| | **Supporting Evidence**: On or about April 1, 2023, Brian Lindsey allegedly violated mandatory condition number 3 by consuming methamphetamine and fentanyl. |
| | On April 5, 2023, the offender finally reported to the U.S. Probation Office; at that point, the undersigned had been attempting to have Mr. Lindsey report to the U.S. Probation Office for more than a week. He was subsequently subject to random urinalysis testing and provided a urine sample that was presumptive positive for methamphetamine and fentanyl. |

Prob12C
Re: Lindsey, Brian James
April 18, 2023
Page 2

The offender admitted to last using methamphetamine and fentanyl on or about April 1, 2023, and he signed an admission of use form confirming his use.

Mr. Lindsey was taken into custody by the U.S. Marshals Service (USMS) after meeting with this officer on the outstanding warrant issued by Your Honor on April 3, 2023.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/18/2023

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [X] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [X] Other: *The Revocation of Supervised Release hearing scheduled for 5/3/2023 remains set.*

Thomas O. Rice
United States District Judge

April 20, 2023
Date