PROB 12C
(6/16)

Report Date: October 16, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 16, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brian James Lindsey                Case Number: 0980 2:22CR00110-TOR-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Liberty Lake, Washington 99019

Name of Sentencing Judicial Officer: The Honorable Edward J. Lodge, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 20, 2015

| | |
|---|---|
| Original Offense: | Interference with Commerce by Robbery, Aid and Abet the Same, 18 U.S.C. §§ 1951 and 2; Robbery Affecting Commerce, 18 U.S.C. § 1951(a) |
| Original Sentence: | Prison - 97 months; TSR - 36 months |
| Asst. U.S. Attorney: | Patrick Cashman |
| Defense Attorney: | Carter Liam Powers Beggs |

Type of Supervision: Supervised Release

Date Supervision Commenced: June 21, 2023

Date Supervision Expires: February 20, 2026

## PETITIONING THE COURT

**To issue a warrant.**

On June 22, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Lindsey, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance and shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of five (5) periodic drug tests a month thereafter for the term of supervision as directed by the probation officer. Cost to be paid by both the defendant and the government based upon the defendant's ability to pay. |

**Supporting Evidence**: Between July 28 and August 1, 2023, Brian Lindsey allegedly violated mandatory condition #3 by consuming methamphetamine and fentanyl.

On the morning of August 1, 2023, the offender sent this officer a text message saying he was headed to a family reunion in Republic, Washington. The undersigned immediately contacted Mr. Lindsey and asked if he had rescheduled his substance abuse assessment; the offender claimed he had tried calling his former treatment provider to reschedule an appointment, but was unsuccessful. Because the supervisee had now been on supervision

Prob12C
**Re: Lindsey, Brian James**
**October 16, 2023**
**Page 2**

for more than a month, and still had not submitted to an assessment as required, the offender was instructed to report to the U.S. Probation Office by 10:30 a.m. on August 1, 2023.

Shortly before 10:30 a.m. on August 1, 2023, the offender began sending this officer text messages claiming that his wife refused to drive him any further than Airway Heights, Washington. When this officer attempted to call Mr. Lindsey, he would not answer the calls.

Later that same date, at 2:49 p.m., the undersigned finally received a phone call from the offender. He claimed he was walking to Spokane from Airway Heights, but wanted to be honest with this officer because he "messed up."

The offender eventually reported to the U.S. Probation Office at 4:56 p.m. on August 1, 2023, just minutes before close of business. Mr. Lindsey claimed he could not provide a urine sample, which was considered a "stall," but he did admit to using methamphetamine and fentanyl on a daily basis between July 28 and August 1, 2023. He signed an admission of use form confirming his use.

2   **Special Condition #7**: You must participate in an inpatient substance abuse treatment program and any recommended aftercare. You must follow the rules and regulations of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, intensity, etc.). You must pay the costs of the program if financially able.

**Supporting Evidence**: On October 3, 2023, Brian Lindsey allegedly violated special condition number 7 by electing to withdraw from inpatient treatment at Northwest Adult and Teen Challenge (ATC) before successfully completing inpatient treatment.

On August 1, 2023, after admitting to regular methamphetamine and fentanyl use between July 28 and August 1, 2023, the offender suggested that he would not have relapsed if he would have been released directly to the Northwest Adult & Teen Challenge (ATC) program. This officer explained to Mr. Lindsey that he would first need to submit to an assessment, as he had been instructed during his initial intake on June 22, 2023.

In response, the offender made arrangements to complete an assessment through PHS on August 3, 2023.

Later that same date, on August 3, 2023, Mr. Lindsey reported to the ATC program.

As the Court may recall, on September 7, 2023, the offender's conditions of supervision were modified to include engagement in inpatient treatment with the permission of Mr. Lindsey, who waived a court hearing with regard to that modification.

On October 3, 2023, the undersigned received notification from ATC that the supervisee withdrew from inpatient treatment. Mr. Lindsey reportedly left treatment to work because his wife was having financial issues, but it should be noted that he made no attempt to contact this officer to discuss the possible alternatives prior to his withdrawal from treatment.

Prob12C
**Re: Lindsey, Brian James**
**October 16, 2023**
**Page 3**

 3  **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance and shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervision and to a maximum of five (5) periodic drug tests a month thereafter for the term of supervision as directed by the probation officer. Cost to be paid by both the defendant and the government based upon the defendant's ability to pay.

    **Supporting Evidence**: On or about October 12, 2023, Brian Lindsey allegedly violated mandatory condition #3 by consuming methamphetamine.

    On October 13, 2023, the offender was contacted and instructed to report to the probation office for random urinalysis testing. This officer asked Mr. Lindsey if he would be positive, but he insisted that he had not consumed any illicit drugs and would be negative.

    As instructed, the supervisee subsequently reported to the probation office on October 13, 2023. He was subject to random urinalysis testing and provided a urine sample that was presumptive positive for methamphetamine. Mr. Lindsey again denied any illicit drug use and signed a denial of use form.

    Shortly after close of business, on October 13, 2023, the offender sent the undersigned a text message admitting to the use of methamphetamine the day prior, on October 12, 2023.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/16/2023

s/Amber M. K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Thomas O. Rice
United States District Judge

October 16, 2023
Date